**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shawn HUSSEY, Defendant–Appellant.**

**No. 12–6001.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 29, 2012.

Decided: March 9, 2012.

Shawn Hussey, Appellant Pro Se. Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Hussey appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hussey,* No. 3:04–cr–00270–JAG–1 (E.D.Va. Dec. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*